IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

| | |
|---|---|
| PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o JOHN STROIS and SAFEGUARD INSURANCE COMPANY a/s/o RUI HENRIQUES<br>Plaintiffs,<br>v.<br>CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC<br>Defendants/Third-Party Plaintiff<br>v.<br>J.H LYNCH & SONS, INC.<br>Third-Party Defendant | C.A. No.: 04-48T |

**DEFENDANTS, COTTAGE PLAZA LLC, CHURCHILL & BANKS, LLC, and CHURCHILL & BANKS, LTD'S, MOTION FOR ALTERNATIVE SERVICE**

Now come defendants, Cottage Plaza Associates, LLC, Churchill & Banks, LLC and Churchill & Banks, Ltd., and move this Court to allow alternative service of subpoena for deposition of a witness.

In support of this motion, Defendants provide affidavits from Michael Caires (employed by Constable Richard Davis) (Exhibit A) and Constable Ronald Russo (Exhibit B), each attesting to having spent several hours at a time throughout the day on several days outside the home of Joseph Tavares, in an effort to serve Tavares with a subpoena for his deposition. Mr. Tavares, a crucial witness in this matter, has evaded service by not appearing at the door of his house, or leaving or entering the house at any time while the constables watched. Deposition Notices and Subpoenas are attached as Exhibit C.

In further support of this motion, defendants rely upon the attached memorandum.

WHEREFORE, Defendants request that service be made by by alternative means on Joseph Tavares, specifically by tacking at the address where service has been attempted, or by such other alternative service as the Court deems proper.

Defendants,
Cottage Plaza Associates, LLC
Churchill & Banks, LLC
Churchill & Banks, Ltd.
By their attorneys,

Faith A. LaSalle

Faith A. LaSalle, Esq. (#2212)
One Turks Head Place
76 Westminster Street. Suite 1010
Providence, Rhode Island 02903
(401) 421-8080

**CERTIFICATION OF SERVICE**

I hereby certify that on this 27 day of June, 2005, I mailed a copy of this Motion for Alternative Service to:

Craig R. Waksler, Esq.
Stephen Adams, Esq.
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Matthew F. Noone, Esq.
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Robert Quigley, Esq.
McKenney, Jeffrey & Quigley
95 Chestnut Street
Providence, RI 02903

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Pierce
Ten Weybossett Street, Ste. 800
Providence, RI 02903

Jennifer Valle

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

| | |
|---|---|
| PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o JOHN STROIS and SAFEGUARD INSURANCE COMPANY a/s/o RUI HENRIQUES<br>Plaintiffs,<br>v.<br>CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC<br>Defendants/Third-Party Plaintiff<br>v.<br>J.H LYNCH & SONS, INC.<br>Third-Party Defendant | C.A. No.: 04-48T |

**DEFENDANTS COTTAGE PLAZA LLC, CHURCHILL & BANKS, LLC, and CHURCHILL & BANKS, LTD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE**

Now come defendants, Cottage Plaza Associates, LLC, Churchill & Banks, LLC, and Churchill & Banks, Ltd., and move this Court to allow alternative service of subpoena to appear at a deposition on Joseph Tavares. In support of this motion, defendants state the following.

This matter arises out of a mill fire that occurred on or about November 14, 2003, at a Greenhalgh Mill Complex, located at Cottage and Woodbine Streets in Pawtucket, Rhode Island. At that time, the mill complex was under demolition. Three different sub-contractors were working on the premises on that day, including salvagers of wood hired by the demolition company, Coventry Building & Wrecking Company. It has been learned that Joseph Tavares, a day laborer for Dennis Maroney, the wood salvager, was on the premises when the fire started and was one of the last workers off the premises after the fire. It is believed that he would have knowledge about observations before the fire occurred, at the

time the fire was discovered, and immediately after the fire; which would be of importance to this litigation where the Fire Marshall classified the fire an undetermined origin. Information obtained from Mr. Tavares's observations may also be of relevance to the respective experts retained by the parties in this litigation.

At one point, service was made on Mr. Tavares by the plaintiff, but he was not reached for a deposition due to the length of the deposition of the witness before him. When his deposition was not rescheduled, defendants attempted to schedule the deposition and to make service, and has used two different constables to attempt to make service. Apparently, Mr. Tavares is aware that the subpoena involves giving testimony about the Pawtucket mill fire. It is believed by the constables that he is avoiding having service made on him by not appearing at his door for service or leaving or entering the house while service is attempted to be made.

In support of this motion, Defendants provide affidavits from Michael Caires (employed by Constable Richard Davis) (Exhibit A) and Constable Ronald Russo (Exhibit B), each attesting to having spent several hours at a time throughout the day on several days outside the home of Joseph Tavares, in an effort to serve Tavares with a subpoena for his deposition.

For these reasons, the defendants request that the court issue an order allowing for alternative means of service, such as tacking on the house or other alternative means that the court deems appropriate.

Defendants,
Cottage Plaza Associates, LLC
Churchill & Banks, LLC
Churchill & Banks, Ltd.
By their attorneys,

Faith A. LaSalle

Faith A. LaSalle, Esq. (#2212)
One Turks Head Place
76 Westminster Street. Suite 1010
Providence, Rhode Island 02903
(401) 421-8080

**CERTIFICATION OF SERVICE**

I hereby certify that on this 27 day of June, 2005, I mailed a copy of this Memorandum in Support of Defendants' Motion for Alternative Service to:

Craig R. Waksler, Esq.
Stephen Adams, Esq.
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Matthew F. Noone, Esq.
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Robert Quigley, Esq.
McKenney, Jeffrey & Quigley
95 Chestnut Street
Providence, RI 02903

Marco Uriati, Esq.
Roberts, Carroll, Feldstein & Pierce
Ten Weybossett Street, Ste. 800
Providence, RI 02903

Jennifer Valle

STATE OF RHODE ISLAND
Providence DIVISION

US District COURT

Penn General Ins

VS.

Joseph Tavares

AFFIDAVIT IS SUPPORT OF ALTERNATIVE SERVICE

I have used diligence and made reasonable attempts to serve the above defendant at

40 Jenkins St

Providence RI 02906

Listed below are the dates and times of attempted service

| Day | Date | Time |
|---|---|---|
| Tuesday | 5-24-05 | 05:11 |
| Wednesday | 5-25-05 | 06:21 |
| Thursday | 5-26-05 | 11:14 |
| Friday | 5-27-05 | 17:02 |
| Saturday | 5-28-05 | 14:41 |
| Monday | 5-30-05 | 08:00 |

5-24-05 05:11 Left card, no answer; called the subject on his cell phone and he stated that he was staying at a hotel in Seekonk, Ma. When I got there, I found out that he was not staying there. I tried calling again and he would not answer his phone; I tried calling him throughout the day but got no response
5-25-05 06:21 Left card no answer; no answer on cell phone throughout the day
5-26-05 11:14 Left card, no answer
5-27-05 17:02 Left card, no answer
5-28-05 14:41 Left card, no answer; Spoke to subject on the phone; He stated that he was not around and would not meet with me.
5-30-05 08:00 Left card, no answer

Michael A Cairns
DISINTERESTED PERSON

PLEASE NOTE!!! <u>There must be 5 attempts-At least 2 evenings and 3 daytime and 1 Saturday attempt</u>

State of Rhode Island, County of Kent

Subscribed and sworn to in Coventry this 4th day of June 2005 before me.

Notary Public 47352

# Affidavit in Support of Plaintiff's Motion for Alternative Service

Pennsylvania General Ins
John Simois
v

Churchill & Bank LTD (Plaintiff)
Cottage Parsons Ltd
v
J. A. Lynch & Son Inc (Defendant)

Re Joseph Tavones

Defendant's Address:

40 Jenkins Street
Providence RI 02906

Now comes Ronald Russo, a licensed constable, and states under oath as follows:

I have made diligent effort to personally serve the Defendant in the above captioned matter but have been unable to either serve the Defendant personally or serve the Defendant by leaving the summons and complaint with a person of suitable age and discretion residing at the Defendant's address. I have made the following attempts to serve the Defendant:

| Date | Day of Week | Time | Notes |
|---|---|---|---|
| 6-3-05 | Fri | 3:00 PM | Spoke to mother |
| 6-3-05 | Fri | 8:00 PM | " " " |
| 6-4-05 | Sat | 7:00 AM | left note |
| 6-6-05 | Mon | 11:00 AM | |
| 6-7-05 | Tue | 4:00 PM to 9 PM | |

The information upon which I have relied to determine that the Defendant does in fact reside at the location is as follows: (use back for additional information)

Per attorney and mother said he lives at address given

I swear to the truth of the above information. over

Ronald Russo
(Signature)

Date: 6-9-05

Ronald Russo
Print Name

Constable license number: 6139

Before me on this ________ day of ____________________, 20___ there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit.

______________________________
Notary Public

______________________________
Print Name

**RETURN THIS FORM TO THE ATTORNEY WITHIN SEVEN DAYS OF THE LAST ATTEMPT AT SERVICE**

Spoke to mother on June 3 2005
she told me her son was not hungry
this was at 3PM
on same day 8PM she said the same
But trick was in yard

Arthur Ould Oken [illegible]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA GENERAL INSURANCE, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY, a/s/o Rui Henriques )

Plaintiffs, )

vs. )

CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC )

Defendants/Third Party Plaintiffs )

vs. )

J.H. LYNCH & SONS, INC. )

Third Party Defendant )

C.A. NO: 04-48 T

A true copy Attest M. Caiero 6007 Constable

To: **Joseph Tavares**
**40 Jenkins Street**
**Providence, RI 02906**

____YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the ____ day of ______, 2005, at __ o'clock A.M. to testify in trial of the above-entitled action and bring with you

______________________________________________

PLACE OF TESTIMONY | COURTROOM DATE AND TIME

X__ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

**76 Westminster Street**
**One Turks Head Place, Suite 1010, Providence, RI 02903** **May 27, 2005 @ 9:00 a.m.**

PLACE OF DEPOSITION | DATE AND TIME

____YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Faith A. LaSalle, Esq. (#2212)
Law Offices of Faith A. LaSalle
One Turks Head Place, Suite 1010
Providence, RI 02903
(401) 421-8080
PLACE | DATE AND TIME

__________ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

Turks Head Building, Suite 1010, Providence, RI 02903
PREMISES

DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendant,

Faith A. LaSalle

Faith A. LaSalle, Esq.
May 23rd, 2005

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
DATE

Faith A. LaSalle, Esq.
Law Offices of Faith A. LaSalle
One Turks Head Place, Suite 1010
Providence, RI 02903
(401) 421-8080

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

## PROOF OF SERVICE

DATE PLACE

**SERVED**

SERVED ON (PRINT NAME) MANNER OF SERVICE

SERVED BY (PRINT NAME) TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on____________________________

SIGNATURE OF SERVER

ADDRESS OF SERVER

____________________________

Signature of Person accepting service

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PENNSYLVANIA GENERAL INSURANCE, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY, a/s/o Rui Henriques Plaintiffs, | ) | |
| vs. | ) | |
| CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC | ) | C.A. NO: 04-48 T |
| Defendants/Third Party Plaintiffs | ) | |
| vs. | ) | |
| J.H. LYNCH & SONS, INC. | ) | |
| Third Party Defendant | ) | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Joseph Tavares**
**DATE:** **May 27, 2005**
**TIME:** **9:00 a.m.**

Please take notice that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the defendants in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of Faith A. LaSalle, One Turks Head Place, Suite 1010, Providence, Rhode Island, before a notary public commissioned in the State of Rhode Island.

Defendants,
Churchill & Banks, LTD and
Cottage Plaza, LLC
By their Attorney,

Faith A. LaSalle

Faith A. LaSalle (#2212)
**LAW OFFICES OF FAITH A. LASALLE**
One Turks Head Place, Suite 1010
Providence, RI 02903
401-421-8080

## Certification of Service

I, the undersigned, hereby certify that on this 23rd day of May, 2005 a true copy of the within Notice to Take Deposition has been mailed to the following counsel of record: Matthew F. Noone, Esquire, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103; Marco P. Uriati, Esquire, Roberts, Carroll, Feldstein & Peirce, 10 Weybosset Street, 8th Floor, Providence, RI 02903; Robert J. Quigley, Jr., Esquire, 95 Chestnut Street, 6th Floor, Providence, RI 02903; Craig R. Waksler, Esquire, Stephen Adams, Esquire, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; and Jeffrey Sowa, Esquire, LaPlante & Sowa, 67 Cedar Street, Suite 102, Providence, RI 02903.

LAW OFFICES OF FAITH A. LASALLE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PENNSYLVANIA GENERAL INSURANCE, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY, a/s/o Rui Henriques

Plaintiffs,

vs.

CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC

Defendants/Third Party Plaintiffs

vs.

J.H. LYNCH & SONS, INC.

Third Party Defendant

A TRUE COPY ATTEST
ALFRED J. HARRIS
CONSTABLE # 6060
DATE:

C.A. NO: 04-48 T

A TRUE COPY ATTEST
Constable # 6139
Ronald J. Russo

**To:** **Joseph Tavares**
**40 Jenkins Street**
**Providence, RI 02906**

____YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the ____ day of ______ , 2005, at __ o'clock A.M. to testify in trial of the above-entitled action and bring with you

______________________________________________

PLACE OF TESTIMONY — COURTROOM DATE AND TIME

X__ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

**76 Westminster Street**
**One Turks Head Place, Suite 1010, Providence, RI 02903** — **June 9, 2005 @ 9:00 a.m.**

PLACE OF DEPOSITION — DATE AND TIME

____YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Faith A. LaSalle, Esq. (#2212)
Law Offices of Faith A. LaSalle
One Turks Head Place, Suite 1010
Providence, RI 02903
(401) 421-8080

PLACE — DATE AND TIME

____________ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

Turks Head Building, Suite 1010, Providence, RI 02903
PREMISES

DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendant,

Faith A. LaSalle

Faith A. LaSalle, Esq.
June 2, 2005

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
DATE

Faith A. LaSalle, Esq.
Law Offices of Faith A. LaSalle
One Turks Head Place, Suite 1010
Providence, RI 02903
(401) 421-8080

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

## PROOF OF SERVICE

DATE PLACE

**SERVED**

SERVED ON (PRINT NAME) MANNER OF SERVICE

SERVED BY (PRINT NAME) TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on ______________________

SIGNATURE OF SERVER

ADDRESS OF SERVER

Signature of Person accepting service

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PENNSYLVANIA GENERAL INSURANCE, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY, a/s/o Rui Henriques<br>Plaintiffs,<br><br>vs.<br><br>CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC<br><br>Defendants/Third Party Plaintiffs<br><br>vs.<br><br>J.H. LYNCH & SONS, INC.<br><br>Third Party Defendant | C.A. NO: 04-48 T |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Joseph Tavares**
**DATE:** **June 9, 2005**
**TIME:** **9:00 a.m.**

Please take notice that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the defendants in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of Faith A. LaSalle, One Turks Head Place, Suite 1010, Providence, Rhode Island, before a notary public commissioned in the State of Rhode Island.

Defendants,
Churchill & Banks, LTD and
Cottage Plaza, LLC
By their Attorney,

Faith A. LaSalle

Faith A. LaSalle (#2212)
**LAW OFFICES OF FAITH A. LASALLE**
One Turks Head Place, Suite 1010
Providence, RI 02903
401-421-8080

**Certification of Service**

I, the undersigned, hereby certify that on this 2nd day of June, 2005 a true copy of the within Notice to Take Deposition has been mailed to the following counsel of record: Matthew F. Noone, Esquire, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103; Marco P. Uriati, Esquire, Roberts, Carroll, Feldstein & Peirce, 10 Weybosset Street, 8th Floor, Providence, RI 02903; Robert J. Quigley, Jr., Esquire, 95 Chestnut Street, 6th Floor, Providence, RI 02903; Craig R. Waksler, Esquire, Stephen Adams, Esquire, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; and Jeffrey Sowa, Esquire, LaPlante & Sowa, 67 Cedar Street, Suite 102, Providence, RI 02903.

LAW OFFICES OF FAITH A. LASALLE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA GENERAL INSURANCE, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY, a/s/o Rui Henriques )

Plaintiffs, )

vs. )

CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC )

Defendants/Third Party Plaintiffs )

vs. )

J.H. LYNCH & SONS, INC. )

Third Party Defendant )

C.A. NO: 04-48 T

6/13/05 out for service B

**To:** **Joseph Tavares**
**40 Jenkins Street**
**Providence, RI 02906**

____YOU ARE HEREBY COMMANDED to appear in the Superior Court for the County of Providence at 250 Benefit Street in the City of Providence, on the ____ day of ______ , 2005, at __ o'clock A.M. to testify in trial of the above-entitled action and bring with you

______________________________________________

PLACE OF TESTIMONY — COURTROOM DATE AND TIME

X__ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.
**76 Westminster Street**
**One Turks Head Place, Suite 1010, Providence, RI 02903** — **June 17, 2005 @ 9:00 a.m.**

PLACE OF DEPOSITION — DATE AND TIME

____YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Faith A. LaSalle, Esq. (#2212)
Law Offices of Faith A. LaSalle
One Turks Head Place, Suite 1010
Providence, RI 02903
(401) 421-8080
PLACE — DATE AND TIME

____________ YOU ARE COMMANDED to permit the inspection of the following premises at the date and time specified below.

Turks Head Building, Suite 1010, Providence, RI 02903
PREMISES

DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Superior Court Rule of Civil Procedure, 30(b)(6).

Attorney for defendant,

Faith A. LaSalle

Faith A. LaSalle, Esq.
June 13th, 2005

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)
DATE

Faith A. LaSalle, Esq.
Law Offices of Faith A. LaSalle
One Turks Head Place, Suite 1010
Providence, RI 02903
(401) 421-8080

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

## PROOF OF SERVICE

DATE PLACE

**SERVED**

SERVED ON (PRINT NAME) MANNER OF SERVICE

SERVED BY (PRINT NAME) TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury that the following information contained in the Proof of Service is true and correct.

Executed on ______________________

______________________
SIGNATURE OF SERVER

______________________
ADDRESS OF SERVER

______________________

______________________
Signature of Person accepting service

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PENNSYLVANIA GENERAL INSURANCE, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY, a/s/o Rui Henriques Plaintiffs, | ) |
| vs. | ) C.A. NO: 04-48 T |
| CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC | ) |
| Defendants/Third Party Plaintiffs | ) |
| vs. | ) |
| J.H. LYNCH & SONS, INC. | ) |
| Third Party Defendant | ) |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Joseph Tavares**
**DATE:** **June 17, 2005**
**TIME:** **9:00 a.m.**

Please take notice that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the defendants in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of Faith A. LaSalle, One Turks Head Place, Suite 1010, Providence, Rhode Island, before a notary public commissioned in the State of Rhode Island.

Defendants,
Churchill & Banks, LTD and
Cottage Plaza, LLC
By their Attorney,

Faith A. LaSalle (#2212)
**LAW OFFICES OF FAITH A. LASALLE**
One Turks Head Place, Suite 1010
Providence, RI 02903
401-421-8080

**Certification of Service**

I, the undersigned, hereby certify that on this 13th day of June, 2005 a true copy of the within Notice to Take Deposition has been mailed to the following counsel of record: Matthew F. Noone, Esquire, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103; Marco P. Uriati, Esquire, Roberts, Carroll, Feldstein & Peirce, 10 Weybosset Street, 8th Floor, Providence, RI 02903; Robert J. Quigley, Jr., Esquire, 95 Chestnut Street, 6th Floor, Providence, RI 02903; Craig R. Waksler, Esquire, Stephen Adams, Esquire, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, MA 02109; and Jeffrey Sowa, Esquire, LaPlante & Sowa, 67 Cedar Street, Suite 102, Providence, RI 02903.

LAW OFFICES OF FAITH A. LASALLE