**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o JOHN SIROIS and SAFEGUARD INSURANCE COMPANY a/s/o RUI HENRIQUES

vs. C.A. NO. 04-48T

CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC

vs.

J.H. LYNCH & SONS, INC.

**DEFENDANTS, COTTAGE PLAZA ASSOCIATES, CHURCHILL & BANKS LLC, AND CHURCHILL & BANKS, LTD.'S, MOTION TO EXTEND DISCOVERY AND STATEMENT OF REASONS**

Defendants move this Court to extend the closure of discovery for forty five days, until August 15, 2005. In support of this motion, defendants state the following:

1) Despite trying repeatedly to serve a subpoena for deposition on a crucial witness to the event, as indicated in defendants' motion for alternative service filed with this Court, this crucial witness has not yet been deposed;

2) Defendants request an extension of forty five days to ensure time to obtain an order re alternative service of process and to schedule the deposition;

3) Plaintiffs' cause and origin expert was deposed on June 17, 2005, and the deposition transcript was first received by defense counsel on June 23, 2005;

4) Defendants' cause and origin expert was deposed on June 24, 2005;

5) The experts on security and demolition procedures were deposed on June 28 and 29, 2005;

6) Only the transcript of one of the experts has been received by counsel to date;

7) Defendants position is that the expert testimony on cause and origin in particular is indispensable to determine the issue of proximate causation and superseding and intervening acts, which constitutes defendants' underlying argument for filing a motion for summary judgment in this case;

8) The final addendum to the Fire Marshall's report regarding its reopening the investigation again in 2005, was not received by defense counsel until May 27, 2005;

9) This extension should not interfere with the progress of this case in the court system as pretrial memoranda are not due to be filed until September 1, 2005.

10) Both attorneys for J.H. Lynch and Cottage Plaza Associates and Churchill and Banks have contacted the clerk requesting a conference on the issue of summary judgment motions, as required by the Court's pre-trial order, and the conference has not been scheduled as of yet;

11) Attorneys Quigley and Waksler (J.H. Lynch & Sons) have assented to this motion. Attorney Noone has not.

WHEREFORE, defendants respectfully request that this Court grant an extension of thirty days, until August 15, 2005, for the closing of discovery and for the filing of summary judgment motions.

COTTAGE PLAZA
ASSOCIATES, LLC
CHURCHILL & BANKS LLC,
CHURCHILL & BANKS, Ltd.
Defendants,
By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Deborah Johnson Collins (#7080)
Law Offices of Faith LaSalle
One Turks Head Place
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-0677

**Certification of Service**

I hereby certify that on this 30 day of June, 2005, I mailed a copy of this Motion to Extend Discovery to the attorneys of record:

Craig R. Waksler, Esq.
Stephen Adams, Esq.
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Matthew F. Noone, Esq.
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Robert Quigley, Esquire
McKenney, Jeffrey & Quigley
95 Chestnut Street, 6th Floor
Providence, RI 02908

Marco Uriati, Esquire
Roberts, Carroll, Feldstein & Pierce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Jennifer Valle