7/19/05: GRANTED for good cause shown. Defendants may serve the subpoena and deposition notice on Mr. Joseph Tavares by attaching copies to the door of his Providence residence and by mailing copies to him at that address by reg. or cert. mail, return receipt requested.

USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o JOHN STROIS and SAFEGUARD INSURANCE COMPANY a/s/o RUI HENRIQUES<br>Plaintiffs,<br>v.<br>CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC<br>Defendants/Third-Party Plaintiff<br>v.<br>J.H LYNCH & SONS, INC.<br>Third-Party Defendant | ) | C.A. No.: 04-48T |

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 7/15/05

**DEFENDANTS, COTTAGE PLAZA LLC, CHURCHILL & BANKS, LLC, and CHURCHILL & BANKS, LTD'S, MOTION FOR ALTERNATIVE SERVICE**

Now come defendants, Cottage Plaza Associates, LLC, Churchill & Banks, LLC and Churchill & Banks, Ltd., and move this Court to allow alternative service of subpoena for deposition of a witness.

In support of this motion, Defendants provide affidavits from Michael Caires (employed by Constable Richard Davis) (Exhibit A) and Constable Ronald Russo (Exhibit B), each attesting to having spent several hours at a time throughout the day on several days outside the home of Joseph Tavares, in an effort to serve Tavares with a subpoena for his deposition. Mr. Tavares, a crucial witness in this matter, has evaded service by not appearing at the door of his house, or leaving or entering the house at any time while the constables watched. Deposition Notices and Subpoenas are attached as Exhibit C.

In further support of this motion, defendants rely upon the attached memorandum.