UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA GENERAL INSURANCE COMPANY, et al.,

Plaintiffs,

vs. C.A. No. 04-48T

CHURCHILL & BANKS, LTD., et al.,

Defendants,

vs.

J.H. LYNCH & SONS, INC.,

Third-Party Defendant.

**ORDER GRANTING IN PART DEFENDANTS, COTTAGE PLAZA ASSOCIATES, CHURCHILL & BANKS LLC, AND CHURCHILL & BANKS, LTD.'S, MOTION TO EXTEND DISCOVERY**

Defendants, Cottage Plaza Associates, Churchill & Banks LLC, and Churchill & Banks Ltd.'s Motion to Extend Discovery until August 15, 2005 is hereby granted for the limited purpose of deposing Joseph Tavares. No further extensions will be granted to the Defendants.

IT IS SO ORDERED.

Ernest C. Torres

Ernest C. Torres

Date: July 22, 2005