UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PENN GENERAL, et al.

v. CA No. 04-48-T

CHURCHILL & BANKS, et al.

**SCHEDULING ORDER**

It is hereby ordered that third-party plaintiffs Churchill & Banks and Cottage Plaza, LLC, may have until September 12, 2005, to file a Motion to Dismiss their third-party complaint without prejudice. Third-party defendant J.H. Lynch & Sons' objection shall be due on September 26, 2005. Any reply brief by Churchill & Banks shall be filed no later than 5 days after the objection is filed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: September 9 , 2005