IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY a/s/o Rui Henriques
Plaintiffs

v. C.A. No.: 04-48 T

COTTAGE PLAZA, LLC,
CHURCHILL & BANKS, LTD, and
CHURCHILL & BANKS, LLC
Defendants

v.

J.H. LYNCH & SONS, INC.
Third Party Defendants

**THIRD PARTY PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS THE THIRD PARTY ACTION AND STATEMENT OF REASONS**

Third party plaintiffs, Churchill & Banks, LLC; Churchill & Banks, Ltd.; and Cottage Associates, LLC; hereby request an extension of time for defendants/third-party plaintiffs to file a Motion to Dismiss the Third Party Action without Prejudice. In support of this motion, third party plaintiffs state the following:

1. At the court conference, the date set for the third party plaintiffs to file a motion for the court to dismiss the third party action without prejudice was set for September 12, 23005. In the meantime, the parties were going to explore other avenues of resolution of the issue;

2. The attorneys for the third party defendants are still considering a proposal of the third party plaintiffs regarding the disposition of the third party action, which would not involve court involvement;

3. Third party defendant attorneys are expected to have a final response next week;

4. Third party plaintiffs are requesting a one-week extension for the filing date for its motion and supporting memorandum in order to allow time for the third party defendants to make a final decision on a proposal not involving court intervention;.

GRANTED
Ernest C. Torres
Chief, US District Judge 9/12/05

5. The third party defendants' attorneys have assented to the extension until September 19, 2005. Third party defendants' opposition would then be due ten days later, on September 29, 2005.

WHEREFORE, third party plaintiffs request that they be allowed until September 19, 2005, to file their Motion to Dismiss and Memorandum of Law; that the third party defendants be allowed to file their Objection and Supporting Memorandum by September 29, 2005; and that a reply be filed, if necessary, no later than October 3, 2005.

CHURCHILL & BANK LLC
CHURCHILL & BANKS, Ltd.
COTTAGE PLAZA ASSOCIATES, LLC
By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Deborah Johnson Collins (#7080)
Law Offices of Faith A. LaSalle
One Turks Head Place
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 42100677

Certification of Service

I hereby certify that on this 12th day of September, 2005, I mailed a copy of this Motion to the attorneys of record:

Craig R. Waksler, Esq.
Stephen Adams, Esq.
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Robert Quigley, Esquire
McKenney, Jeffrey & Quigley
95 Chestnut Street, 6th Floor
Providence, RI 02908

Jennifer Valle