IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY a/s/o Rui Henriques
Plaintiffs

v. C.A. No.: 04-48 T

COTTAGE PLAZA, LLC,
CHURCHILL & BANKS, LTD, and
CHURCHILL & BANKS, LLC
Defendants

v.

J.H. LYNCH & SONS, INC.
Third Party Defendants

**THIRD PARTY PLAINTIFFS' MOTION FOR FURTHER EXTENSION OF TIME TO FILE MOTION TO DISMISS THE THIRD PARTY ACTION AND STATEMENT OF REASONS**

Third party plaintiffs, Churchill & Banks, LLC; Churchill & Banks, Ltd.; and Cottage Associates, LLC; hereby request a further extension of time for third-party plaintiffs to file a Motion to Dismiss the Third Party Action without Prejudice. In support of this motion, third party plaintiffs state the following:

1. On September 12, 2005, this Court granted third-party plaintiffs' motion to extend the time for third-party plaintiffs to file a Motion to Dismiss the Third Party Action without Prejudice, on the grounds that third-party plaintiffs and third-party defendants were in the process of trying to resolve the issue of dismissal by agreement;

2. The attorneys for the third-party defendants are still considering a proposal of the third party plaintiffs regarding the disposition of the third-party action, which would not involve court involvement;

3. Third-party defendants' attorneys were expected to have a final response this week;

4. As of today, Friday, September 16, 2005, the attorneys for third-party defendants indicated that they still do not yet have a response from those who had to be consulted with respect to their client and that another week extension should provide sufficient time to decide whether the issue presented by the third party action can be resolved without court intervention.

5. As a result, third party plaintiffs are requesting an additional one-week extension for the filing date for its motion and supporting memorandum in order to allow time for the third party defendants to make a final decision on a proposal not involving court intervention;

6. The third party defendants' attorneys have assented to the extension until September 26, 2005. Third party defendants' opposition would then be due ten days later, on October 6, 2005.

WHEREFORE, third party plaintiffs request that they be allowed until September 26, 2005, to file their Motion to Dismiss and Memorandum of Law; that the third party defendants be allowed to file their Objection and Supporting Memorandum by October 6, 2005; and that a reply be filed, if necessary, no later than October 11, 2005.

CHURCHILL & BANK. LLC
CHURCHILL & BANKS, Ltd.
COTTAGE PLAZA ASSOCIATES, LLC
By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Deborah Johnson Collins (#7080)
Law Offices of Faith A. LaSalle
One Turks Head Place
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 42100677

Certification of Service

I hereby certify that on this 19th day of September, 2005, I mailed a copy of this Motion to the attorneys of record:

Craig R. Waksler, Esq.
Stephen Adams, Esq.
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Robert Quigley, Esquire
McKenney, Jeffrey & Quigley
95 Chestnut Street, 6th Floor
Providence, RI 02908

Jennifer Valle