**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o JOHN STROIS and SAFEGUARD INSURANCE COMPANY a/s/o RUI HENRIQUES

Plaintiffs,

vs.

C.A. NO. 04-48T

CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC

Defendants/Third Party Plaintiffs

vs.

J.H. LYNCH & SONS, INC.
Third Party Defendant

RECEIVED
SEP 02 2005

RECEIVED
SEP 2005

STIPULATION OF DISMISSAL

The parties hereby stipulate that all claims brought by plaintiffs, Pennsylvania General Insurance Company a/s/o John Sirois and Safeguard Insurance Company a/s/o Rui Henriques against the defendants, Churchill & Banks, LLC, Churchill & Banks, Ltd., and Cottage Plaza Associates, LLC, are hereby dismissed with prejudice, no interest and no costs.

Plaintiffs,
Pennsylvania General Insurance, a/s/o
John Sirois, and Safeguard Insurance
Company, a/s/o Rui Henriques
By their attorney,

Matthew Noone, Esq.
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103
Telephone No: (215) 665-2000
Fax: (215) 665-2013

Plaintiffs,
Pennsylvania General Insurance, a/s/o
John Sirois, and Safeguard Insurance
Company, a/s/o Rui Henriques
By their attorney,

Marco Uriati, Esq. (#5561)
Roberts, Carroll, Feldstein & Pierce
10 Weybosset Street, Suite 8
Providence, RI 02903
Tel: (401) 521-70003
Fax: (401) 521-1328

Defendants,
Churchill & Banks, Ltd. and
Cottage Plaza Associates, LLC
Churchill & Banks, LLC
By their attorney,

Faith A. LaSalle

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903
Tel: (401) 421-8080

Third Party Defendant,
J.H. Lynch & Sons, Inc.
By its attorney,

#5577
Stephen Adams for

Craig R. Waksler (#4945)
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance St.
Suite 700
Providence, RI 02903

Fax: (401) 421-0677

Tel: (401) 273-7171

Third Party Defendant,
J.H. Lynch & Sons, Inc.
By its attorney,

Robert J. Quigley, Jr. (#2483)
McKenney, Jeffrey & Quigley
95 Chestnut St.
6th Floor
Providence, RI 02908
Tel: (401) 454-4450
Fax: (401) 454-4563

ENTER Ernest C Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE 9/22/05