FILED
SEP 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o John Sirois, and SAFEGUARD INSURANCE COMPANY a/s/o Rui Henriques
Plaintiffs

v. C.A. No.: 04-48 T

COTTAGE PLAZA, LLC,
CHURCHILL & BANKS, LTD, and
CHURCHILL & BANKS, LLC
Defendants

v.

J.H. LYNCH & SONS, INC.
Third Party Defendants

**THIRD PARTY PLAINTIFFS' MOTION FOR FURTHER EXTENSION OF TIME TO FILE MOTION TO DISMISS THE THIRD PARTY ACTION AND STATEMENT OF REASONS**

Third party plaintiffs, Churchill & Banks, LLC; Churchill & Banks, Ltd.; and Cottage Associates, LLC; hereby request additional time for third-party plaintiffs to file a Motion to Dismiss the Third Party Action without Prejudice and its Supporting Memorandum In support of this motion, third party plaintiffs state the following:

1. On Friday, September 23, 2005, at about 2:30 p.m, attorneys for the third party defendants finally gave the definitive answer to inquiries and proposals for resolving the third party action without court involvement and informed the attorney for the third party plaintiffs that they will not be signing the proposed dismissal and the third party plaintiffs would need to file a motion to dismiss the third party action.

2. Since the final decision was only conveyed the day before the present due date for a motion, the third party defense attorneys indicated that they would assent to a one week extension to file the motion and memorandum by the third party plaintiffs;

3. Third party plaintiffs are requesting an additional one-week extension for the filing date for their motion and supporting memorandum in order to allow time to complete the memorandum and also to circulate the documents to representatives for the insurers of its clients, some of whom are out of

the office today and most of the upcoming week, and to inform them of the final outcome of discussions among counsel;

4. The third party defendants' attorneys have assented to the extension until October 3, 2005. Third party defendants' opposition would then be due ten days later, on October 13, 2005.

WHEREFORE, third party plaintiffs request that they be allowed until October 3, 2005, to file their Motion to Dismiss and Memorandum of Law; that the third party defendants be allowed to file their Objection and Supporting Memorandum by October 13, 2005; and that a reply be filed, if necessary, no later than October 18, 2005.

CHURCHILL & BANK. LLC
CHURCHILL & BANKS, Ltd.
COTTAGE PLAZA ASSOCIATES, LLC
By their Attorneys,

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
10/4/05

Faith A. LaSalle

Faith A. LaSalle (#2212)
Deborah Johnson Collins (#7080)
Law Offices of Faith A. LaSalle
One Turks Head Place
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 42100677

Certification of Service

I hereby certify that on this 23rd day of Sept., 2005, I mailed a copy of this Motion to the attorneys of record:

Craig R. Waksler, Esq.
Stephen Adams, Esq.
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Robert Quigley, Esquire
McKenney, Jeffrey & Quigley
95 Chestnut Street, 6th Floor
Providence, RI 02908

DJC