**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED

PENNSYLVANIA GENERAL INSURANCE COMPANY, a/s/o JOHN STROIS and SAFEGUARD INSURANCE COMPANY a/s/o RUI HENRIQUES

Plaintiffs,

vs. C.A. NO. 04-48T

CHURCHILL & BANKS, LTD. and COTTAGE PLAZA, LLC

Defendants/Third Party Plaintiffs

vs.

J.H. LYNCH & SONS, INC.
Third Party Defendant

**STIPULATION OF DISMISSAL**

1. Third party plaintiffs' claims against Lynch, or its subcontractor, arising out of the construction and/or maintenance of the temporary construction fence are dismissed with prejudice;

2. Third party plaintiffs shall not seek indemnity or contribution for the amount paid to settle the main federal court action, or for any costs, expert fees, or legal fees incurred in connection with this federal case and any claim for such in this action is hereby dismissed with prejudice;

3. Any other claims, including claims arising out of security issues other than the maintenance and construction of the temporary construction fence, are dismissed without prejudice;

4. This stipulation shall not be deemed to preclude actions by the third party plaintiffs against third party defendant, which are based on factual allegations, or legal theories, which are different than those which are dismissed by this stipulation.

Attorney for Third Party Plaintiffs,

Faith A. LaSalle

Faith A. LaSalle (#2212)
Law Offices of Faith A. LaSalle
One Turk's Head Place
Suite 1010
Providence, RI 02903
401-421-8080

Attorney for Third Party Defendant,

Craig Waksler, Esq.
Stephen Adams, Esq. (#5577)
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street
Providence, RI 02903
401-273-7171

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 12/8/05